JOSEPH GOLDEN, Respondent, v. HERRING-HALL-MARVIN SAFE COMPANY, Appellant.

*New trial.*

Appeal from a judgment entered on the 28th day of December, 1906, upon the verdict of a jury in favor of the plaintiff and from an order entered on the 24th day of December, 1906, denying a motion for a new trial.

PER CURIAM: The facts disclosed by the evidence in the present case do not differ in any material particular from those involved in *Dolan* v. *Herring-Hall-Marvin Safe Co.* (105 App. Div. 366). Upon the authority of that case the judgment must be reversed and a new trial granted, with costs to the appellant to abide the event. Present — Patterson, P. J., Laughlin, Houghton, Scott and Lambert, JJ. Judgment and order reversed, new trial ordered, costs to appellant to abide event.

---

COIN NOVELTY COMPANY, Respondent, v. SOLOMON LINDENBORN, Appellant.

*Evidence — examination before trial — discovery of books and papers.*

Appeal from an order entered on the 9th day of October, 1907, denying a motion to vacate an order for the examination of the defendant before trial and for the production of certain books and papers for inspection.

PER CURIAM: The order appealed from must be so modified as to strike out of the order for defendant's examination so much as directs him to produce for inspection certain books and papers. (*Gee* v. *Pendas*, 87 App. Div. 157; *Matter of Sands*, 98 id. 148.) As so modified, the order will be affirmed, without costs. Present — Patterson, P. J., Ingraham, Clarke, Scott and Lambert, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Settle order on notice.